UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIELLE THOMAS, | CIVIL NO. 12-59 (SRN/JSM) |
| Plaintiff, | |
| v. | ORDER |
| WASHINGTON COUNTY CHILD PROTECTION SERVICES and MN DEPART OF HUMAN SERVICES, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 6, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 22, 2012

       s/Susan Richard Nelson
       SUSAN RICHARD NELSON
       United States District Judge